# EXHIBIT "B"

# Matter History Report

| | |
|---|---|
| Report Date: | 12/20/2018 |
| Report Time: | 11:51AM |
| Page: | 1 of 19 |
| Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| | | | |
|---|---|---|---|
| Client Number: | 692.000 | | Kaika SAS and K&K |
| Matter Number: | 692.001 | | Kaika SAS & K&K v. Pereira |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | |

| Date | T'kpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/12/2016 | JES | Review file and Telephone call with C. Acevedo, re: discuss new matter, history and current causes of action; Various emails with C. Acevedo, re: asserting both 523 and 727 claims | 0.50 | $162.50 |
| 02/12/2016 | JES | Begin preparation of adversary complaint | 2.00 | $650.00 |
| 02/13/2016 | JES | Begin review of Debtor's Rule 2004 examination transcript | 1.80 | $585.00 |
| 02/15/2016 | JES | Complete review of 2004 transcript and complete draft of complaint | 3.20 | $1,040.00 |
| 02/16/2016 | JES | Finalize complaint and E-mail to C. Acevedo for review | 0.40 | $130.00 |
| 02/17/2016 | JES | Receipt & review of summons issued by Clerk; order setting deadlines; Telephone call with A. Root | 0.20 | $65.00 |
| 02/18/2016 | JES | Telephone call with R. Bigge, re: discuss extension of both Section 523 and Section 727 deadlines; E-mail to C. Acevedo re: same along with copies of motion and order; Various follow up emails with C. Acevedo re: amending complaint | 0.30 | $97.50 |
| 02/19/2016 | JES | Preparation of motion to dismiss 727 claims and proposed amended complaint | 0.80 | $260.00 |
| 02/19/2016 | JES | E-mail from and reply to A. Root, re: draft amended complaint and issue regarding laptop | 0.10 | $32.50 |
| 02/22/2016 | JES | E-mail to Carlos Acevedo, re: amended complaint and motion to amend | 0.10 | $32.50 |
| 03/01/2016 | JES | Receipt & review of return receipt for service of adversary complaint | 0.10 | $32.50 |
| 03/07/2016 | JES | E-mail from and reply to A. Root, re: appearance in adversary, hearing on 3/8, Receipt & review of notice of appearance | 0.10 | $32.50 |
| 03/08/2016 | JES | Attend hearing on motion to amend to dismiss 727 claims; Dictate proposed order | 2.20 | $715.00 |
| 03/08/2016 | JES | E-mail to A. Root, re: proposed order granting motion to amend complaint | 0.10 | $32.50 |
| 03/09/2016 | JES | E-mail from and reply to A. Root, re: approval of order | 0.10 | $32.50 |
| 03/11/2016 | JES | Receipt & review of order granting trustee's motion to compel, etc. | 0.10 | $32.50 |
| 03/14/2016 | JES | Receipt & review of order granting motion for leave to amend; E-mail to C. Acevedo, re: same, deadline for response | 0.10 | $32.50 |
| 03/16/2016 | IPM | Preparation of Certificate of Service re Order Granting Motion to Amend Complaint | 0.20 | $25.00 |
| 03/17/2016 | JES | Receipt & review of return receipt for service of amended complaint on Debtor | 0.10 | $32.50 |

*Matter History Report*

|  |  |
|---|---|
| Report Date: | 12/20/2018 |
| Report Time: | 11:51AM |
| Page: | 2 of 19 |
| Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| | | | |
|---|---|---|---|
| Client Number: | 692.000 | Kaika SAS and K&K | |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/28/2016 | JES | E-mail from and reply to A. Root, re: request for one week extension to respond to complaint | 0.10 | $32.50 |
| 03/28/2016 | JES | Telephone call with C. Acevedo, re: status of state court and Columbian court proceedings, need for Columbian court decision against Debtor, also discuss request for extension; E-mail to A. Root, re: no objection to extension | 0.10 | $32.50 |
| 03/28/2016 | JES | Receipt & review of motion to extend time to file response to complaint | 0.10 | $32.50 |
| 03/29/2016 | JES | E-mail from and reply to C. Acevedo, re: order extending deadline to respond to complaint, effect of same, E-mail from and reply to C. Acevedo, re: Columbian proceedings and affect on adversary proceeding | 0.20 | $65.00 |
| 04/01/2016 | JES | Telephone call with C. Acevedo, re: Trustee's motion to compromise controversy with Debtor, grounds for objecting, relationship to Section 523 claims | 0.20 | $65.00 |
| 04/01/2016 | JES | E-mail from and reply to C. Acevedo, re: Clients authorize and instruct JES to file objection to Trustee's proposed settlement with Debtor | 0.10 | $32.50 |
| 04/04/2016 | JES | Legal research on settlements that include a waiver of claims to deny discharge | 1.20 | $390.00 |
| 04/05/2016 | JES | Receipt & review of motion to dismiss amended complaint; E-mail to C. Acevedo with comments | 0.20 | $65.00 |
| 04/05/2016 | JES | Complete draft objection to Rule 9019 motion; E-mail from and reply to C. Acevedo, re: judicial default in adversary | 2.80 | $910.00 |
| 04/05/2016 | JES | Telephone call with C. Acevedo, re: proof of claims not filed, passing of deadline, discuss motion to dismiss and objection to 9019 motion; E-mail to C. Acevedo, re: form proof of claims and instructions on completion of same; Preparation of motion to deem late filed claims timely filed | 1.40 | $455.00 |
| 04/06/2016 | JES | Receipt & review of notice of hearing on motion to dismiss; E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 04/06/2016 | JES | E-mail to C. Acevedo, re: draft objection to 9019 motion | 0.10 | $32.50 |
| 04/06/2016 | JES | E-mail from and reply to C. Acevedo, re: markup of objection, questions regarding look back period | 0.20 | $65.00 |
| 04/07/2016 | JES | E-mail from and reply to C. Acevedo, re: additional edits to objection to 9019 motion; Preparation of further changes and E-mail to C. Acevedo for review | 0.30 | $97.50 |
| 04/08/2016 | JES | Receipt & review of motion to abandon, review schedules; E-mail to C. Acevedo, re: same with comments | 0.20 | $65.00 |

# Matter History Report

| | |
|---|---|
| Report Date: | 12/20/2018 |
| Report Time: | 11:51AM |
| Page: | 3 of 19 |
| Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| | | | | |
|---|---|---|---|---|
| Client Number: | 692.000 | Kaika SAS and K&K | | |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly | |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/08/2016 | JES | Telephone call with N. Helmstetter, re: 9019 motion, notice of abandonment, late filed claims; review filed proofs of claim | 0.50 | $162.50 |
| 04/08/2016 | JES | Telephone call with C. Acevedo, re: notice of abandonment, etc.; Preparation of revised objection to 9019 in light of recent conversation; Dictate objection to notice of abandonment | 0.60 | $195.00 |
| 04/12/2016 | JES | Receipt & review of signed proofs of claims; E-mail to C. Acevedo, re: motion for late filed claims; revised objection to 9019 and objection to notice of abandonment | 0.30 | $97.50 |
| 04/12/2016 | JES | Telephone call from C. Acevedo, re: revised objections, motion for late filed claims, etc. | 0.20 | $65.00 |
| 04/14/2016 | JES | E-mail from and reply to C. Acevedo, re: Clients approve of all filings; finalize motion to deem claims timely filed, objection to 9019 motion and to notice of abandonment | 0.30 | $97.50 |
| 04/18/2016 | JES | E-mail to C. Acevedo, re: initial disclosures | 0.10 | $32.50 |
| 04/18/2016 | JES | Receipt & review of notice of hearing re: motion to deem claims timely filed; E-mail to C. Acevedo, re: same - JES unavailable | 0.10 | $32.50 |
| 04/19/2016 | JES | E-mail from and reply to C. Acevedo and Telephone call from C. Acevedo, re: initial disclosures; Preparation of initial disclosures; E-mail to C. Acevedo, re: draft of same | 0.40 | $130.00 |
| 04/21/2016 | JES | E-mail from and reply to C. Acevedo, re: further changes to initial disclosures | 0.10 | $32.50 |
| 04/27/2016 | JES | Receipt & review of notice of hearing on Rule 9019; E-mail to C. Acevedo, re: same; status of Clients' position on items subject to abandonment | 0.10 | $32.50 |
| 04/29/2016 | JES | E-mail to N. Helmstetter, re: continuance of 5/11 hearing on motion to allow late filed claims | 0.10 | $32.50 |
| 05/09/2016 | JES | Receipt & review order Granting Trustee's Sixth Motion to Extend Time to File Objections | 0.10 | $32.50 |
| 05/09/2016 | JES | Receipt & review of order continuing hearing on motion to allow late filed claims | 0.10 | $32.50 |
| 05/11/2016 | IPM | Preparation of Certificate of Service re Order Granting Motion to Continue Hearing re Motion to Deem Claim Timely Filed | 0.20 | $25.00 |
| 05/19/2016 | JES | Telephone call with C. Acevedo, re: clients willing to purchase assets subject to abandonment for no more than $10,000, including waiver to objection to 9019 settlement, affect on adversary and hearing on 5/19 | 0.20 | $65.00 |
| 05/19/2016 | JES | Attend hearing on motion to dismiss amended complaint; Telephone call with C. Acevedo, re: results of same | 3.00 | $975.00 |

Case 16-01106-AJC   Doc 171-2   Filed 12/27/18   Page 5 of 20

*Matter History Report*

Report Date: 12/20/2018
Report Time: 11:51AM
Page: 4 of 19
Requested By: System Administrator

## Slatkin & Reynolds, P.A.

Client Number: 692.000     Kaika SAS and K&K
Matter Number: 692.001     Kaika SAS & K&K v. Pereira
Matter Type: Bankruptcy Adversary     Billing Mode: Hourly
Dates Included on Report: 01-01-1900 Thru 12-20-2018

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/2016 | JES | E-mail from and reply to N. Helmstetter, re: modified pool of assets offered for sale at this time - removal of Repton Trust from pool and basis therefore | 0.10 | $32.50 |
| 05/23/2016 | JES | Telephone call from N. Helmstetter, re: further discussions on the 9019 motion, sale of assets, Telephone call with C. Acevedo, re: same | 0.20 | $65.00 |
| 05/24/2016 | JES | Receipt & review of proposed orders from A. Root; Preparation of changes to same and E-mail to A. Root for review | 0.10 | $32.50 |
| 05/24/2016 | JES | Attend hearing on Trustee's 9019 Motion to Approve Settlement with Debtor; Dictate scheduling order, re: evidentiary hearing and related deadlines | 2.50 | $812.50 |
| 05/25/2016 | JES | Preparation of Second Amended Complaint and E-mail to C. Acevedo for review | 0.30 | $97.50 |
| 05/26/2016 | JES | Receipt & review of orders continuing pretrial conference and granting in part and denying part Debtor's motion to dismiss amended complaint | 0.10 | $32.50 |
| 05/27/2016 | JES | Various emails with C. Acevedo, re: fraud count; further changes to second amended complaint and E-mail to C. Acevedo for review | 0.30 | $97.50 |
| 05/31/2016 | JES | Various emails with N. Helmstetter and C. Acevdedo, re: motion to deem claims timely filed; Clients to withdraw same | 0.20 | $65.00 |
| 06/02/2016 | IPM | Preparation of Certificate of Service re Order Setting Evidentiary Hearing re Settlement Motion | 0.20 | $25.00 |
| 06/02/2016 | IPM | Preparation of Notice of Withdrawal of Motion for Late Filed Claim | 0.20 | $25.00 |
| 06/07/2016 | JES | Receipt & review of answer to Count I of Second Amended Complaint and E-mail to C. Acevedo, re: same with comments | 0.20 | $65.00 |
| 06/22/2016 | JES | Receipt & review of motion to dismiss count II of second amended complaint; E-mail to C. Acevedo, re: same with comments | 0.10 | $32.50 |
| 06/24/2016 | JES | Telephone call with C. Acevedo, re: motion to dismiss Count II of Second Amended Complaint, affirmative defenses and discovery to follow; also discuss Trustee's motion to approve settlement with Debtor; E-mail to N. Helmstetter, re: list of undisclosed bank accounts, status of Trustee's continued investigation | 0.60 | $195.00 |
| 07/05/2016 | JES | Various emails with counsel, re:continued evidentiary hearing; Receipt & review order continuing same; E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 07/06/2016 | JES | Receipt & review of certain bank records, re: unscheduled bank accounts | 0.30 | $97.50 |

# *Matter History Report*

|  |  |
|---|---|
| Report Date: | 12/20/2018 |
| Report Time: | 11:51AM |
| Page: | 5 of 19 |
| Requested By: | System Administrator |

## **Slatkin & Reynolds, P.A.**

| | | | |
|---|---|---|---|
| Client Number: | 692.000 | Kaika SAS and K&K | |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/2016 | IPM | Preparation of Amended Order Granting Motion to Continue Hearing on 9019 Motion | 0.20 | $25.00 |
| 07/15/2016 | JES | Telephone call with N. Helmstetter, re: discuss asset sale, unlisted bank accounts, and similarly named entity (radio station) | 0.20 | $65.00 |
| 07/21/2016 | JES | E-mail from and reply to A. Root, re: continuance of pretrial conference | 0.10 | $32.50 |
| 07/21/2016 | JES | E-mail from and reply to N. Helmstetter, re: settlement discussions | 0.10 | $32.50 |
| 07/25/2016 | JES | E-mail from and reply to A. Root, re: pretrial conference; deposition of Debtor | 0.10 | $32.50 |
| 07/27/2016 | IPM | Preparation of Certificate of Service re Amended Order Granting Motion to Continue Hearing re 9019 | 0.20 | $25.00 |
| 08/16/2016 | JES | Receipt & review of motion to enforce stay and notice of hearing, review cases cited, E-mail to C. Acevedo, re: same; status of clients' counteroffer to Trustee | 0.40 | $130.00 |
| 08/17/2016 | JES | Various emails with C. Acevedo, re: clients no longer wish to purchase assets | 0.10 | $32.50 |
| 08/18/2016 | JES | Legal research on 523(a)(6) | 0.40 | $130.00 |
| 08/18/2016 | JES | Review claims register, E-mail to Carlos, re: withdrawal of objection of settlement | 0.20 | $65.00 |
| 08/18/2016 | JES | Attend hearing on motion to dismiss count II of second amended complaint, E-mail to C. Acevedo, re: results of same | 2.50 | $812.50 |
| 08/23/2016 | JES | E-mail from and reply to N. Helmstetter, re: status of settlement discussions, E-mail to C. Acevedo, re: same, objection to settlement | 0.10 | $32.50 |
| 08/23/2016 | JES | Draft proposed order denying motion to dismiss count II of Second Amended Complaint | 1.00 | $325.00 |
| 08/25/2016 | JES | E-mail from and reply to C. Acevedo, re: withdrawal of objection; E-mail to N. Helmstetter, re: same; Dictate notice of withdrawal | 0.20 | $65.00 |
| 08/25/2016 | JES | Preparation of response in opposition to motion to enforce and/or extend the automatic stay, Receipt & review of Debtor's proposed order dismissing count II of second amended complaint; E-mail to A. Root, re: Clients' submission of same to the Court | 2.00 | $650.00 |
| 08/29/2016 | JES | Review file in preparation for hearing on 8/30 | 0.40 | $130.00 |
| 08/29/2016 | JES | Conference with C. Acevedo, re: trial preparation; E-mail to C. Acevedo, re: items needed - answers to interrogatories, responses to request for admissions; E-mail to A. Root, re: examination of Debtor | 1.70 | $552.50 |

# Matter History Report

| | |
|---|---|
| Report Date: | 12/20/2018 |
| Report Time: | 11:51AM |
| Page: | 6 of 19 |
| Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| | | | | |
|---|---|---|---|---|
| Client Number: | 692.000 | Kaika SAS and K&K | | |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | | |
| Matter Type: | Bankruptcy Adversary | | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08/30/2016 | JES | Attend hearing on motion to dismiss count II of second amended complaint; E-mail to C. Acevedo, re: results of same | 1.50 | $487.50 |
| 08/30/2016 | JES | Review and revise motion to appear pro hac vice and E-mail to C. Acevedo for signature | 0.20 | $65.00 |
| 08/31/2016 | JES | Receipt & review of order approving 9019 with Debtor, Receipt & review of order granting motion of Trustee, re: 727 deadline; Receipt & review of order dismissing Count II and E-mail to C. Acevedo | 0.10 | $32.50 |
| 08/31/2016 | JES | Telephone call with R. Del Medico, re: representation by her of Debtor, discovery sought; Dictate subpoena | 0.20 | $65.00 |
| 09/06/2016 | JES | Review Del Medico subpoena, E-mail to C. Acevedo | 0.10 | $32.50 |
| 09/07/2016 | JES | Receipt & review of revised duces teca from C. Acevedo; Dictate instructions, re: service of subpoenas | 0.10 | $32.50 |
| 09/07/2016 | JES | Receipt & review of Order Denying Motion to Extend Stay; E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 09/08/2016 | IPM | Preparation of Certificate of Service re Order Granting Pro Hac Vice Motion | 0.20 | $25.00 |
| 09/08/2016 | IPM | Preparation of Certificate of Service re Order Denying Motion to Extend/Enforce Stay | 0.20 | $25.00 |
| 09/08/2016 | JES | E-mail from and reply to A. Root, re: debtor's doctor visit on 9/9 | 0.10 | $32.50 |
| 09/12/2016 | JES | Receipt & review of admissions in state court proceeding, Preparation of interrogatories; E-mail to A. Root, re: deposition dates | 0.50 | $162.50 |
| 09/19/2016 | JES | Various emails with A. Root and H. Potts, re: deposition on 9/29, pending interrogatory, Dictate notice of taking deposition; Dictate ex-parte motion to shorten time | 0.30 | $97.50 |
| 09/19/2016 | JES | Attend pretrial conference telephonically | 0.30 | $97.50 |
| 09/19/2016 | JES | Telephone call with J. Weiss, re: subpoena; Preparation of amended Exhibit A to subpoena and E-mail to Carlos for review | 0.30 | $97.50 |
| 09/19/2016 | JES | Receipt & review revised Exhibit A. E-mail to J. Weiss, re: same | 0.10 | $32.50 |
| 09/20/2016 | JES | E-mail from and reply to A. Root, re: notice of subpoena; E-mail to A. Root, re: copies of subpoenas | 0.10 | $32.50 |
| 09/21/2016 | JES | Receipt & review of order shortening time and E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 09/22/2016 | IPM | Preparation of Certificate of Service re Motion to Shorten | 0.20 | $25.00 |
| 09/22/2016 | IPM | Preparation of Notice of Taking Deposition of Debtor | 0.20 | $25.00 |

Case 16-01106-AJC    Doc 171-2    Filed 12/27/18    Page 8 of 20

| | Report Date: | 12/20/2018 |
|---|---|---|
| | Report Time: | 11:51AM |
| | Page: | 7 of 19 |
| | Requested By: | System Administrator |

# *Matter History Report*

## Slatkin & Reynolds, P.A.

| | | |
|---|---|---|
| Client Number: | 692.000 | Kaika SAS and K&K |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira |
| Matter Type: | Bankruptcy Adversary | Billing Mode: Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/22/2016 | IPM | Preparation of Notice of Taking Deposition of Weiss Law | 0.20 | $25.00 |
| 09/22/2016 | IPM | Preparation of Notice of Taking Deposition of Del Medico | 0.20 | $25.00 |
| 09/27/2016 | JES | Preparation of draft pretrial order | 1.50 | $487.50 |
| 09/28/2016 | JES | Telephone call with C. Acevedo, re: deposition preparation, E-mail to and reply from A. Root, re: confirm appearance, etc. | 0.20 | $65.00 |
| 09/29/2016 | JES | Attend deposition of Debtor | 7.50 | $2,437.50 |
| 10/07/2016 | JES | E-mail from and reply to J. Weiss, re: amended duces tecum, motion for protective order | 0.10 | $32.50 |
| 10/11/2016 | JES | E-mail from and reply to Del Medico, re: extension to respond to subpoena, E-mail to J. Weiss, re: follow-up, Telephone call from J. Weiss, re: motion for protective order | 0.20 | $65.00 |
| 10/17/2016 | JES | Receipt & review of initial disclosures; E-mail from and reply to A. Root, re: documents; Telephone call with A. Root, re: same, as well as discuss settlement offer; E-mail to C. Acevedo, re: same | 0.20 | $65.00 |
| 10/18/2016 | JES | Receipt & review of motion for protective order filed by the Weiss Law Group, P.A., E-mail to C. Acevedo with comments, E-mail to J. Weiss, re: motion, clarification of request number 2, identity of "Weiss" | 0.30 | $97.50 |
| 10/20/2016 | JES | Various emails with A. Root, re: document delivery, settlement offer, continuance of trial, concluding Debtor's deposition, Receipt & review of notice of hearing, re: motion for protective order; E-mail from and reply to R. Del Medico, re: documents responsive to subpoena | 0.30 | $97.50 |
| 10/26/2016 | JES | E-mail from and reply to A. Root, re: dates for continuation of Debtor's deposition | 0.10 | $32.50 |
| 11/01/2016 | JES | Review file and legal research on attorney client privilege; Attend hearing on Weiss Law Group's motion for protective order; E-mail to C. Acevdedo, re: results of same | 2.60 | $845.00 |
| 11/01/2016 | JES | Various emails with A. Root, re: continuation of deposition of Debtor | 0.10 | $32.50 |
| 11/02/2016 | JES | E-mail from and reply to J. Weiss, re: approval of order denying motion for protective order; Dictate motion to continue trial | 0.20 | $65.00 |
| 11/02/2016 | JES | E-mail from and reply to A. Root, re: approval of order setting trial, deposition dates and new trial dates | 0.10 | $32.50 |
| 11/02/2016 | JES | Preparation of draft order setting trial for 12/22, E-mail to A. Root for review | 0.30 | $97.50 |

# Matter History Report

| | | Report Date: | 12/20/2018 |
| --- | --- | --- | --- |
| | | Report Time: | 11:51AM |
| | | Page: | 8 of 19 |
| | | Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| Client Number: | 692.000 | Kaika SAS and K&K | |
| --- | --- | --- | --- |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | |

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | ---: | ---: |
| 11/04/2016 | IPM | Preparation of Certificate of Service re Order Denying Weiss Law's Motion for Protective Order | 0.20 | $25.00 |
| 11/04/2016 | IPM | Preparation of Certificate of Service re Order Setting Trial | 0.20 | $25.00 |
| 11/04/2016 | IPM | Preparation of Order Granting Motion to Continue Trial | 0.20 | $25.00 |
| 11/04/2016 | JES | Receipt & review of order setting trial, revise motion to continue trial and E-mail to C. Acevedo for review; E-mail from and reply to C. Acevedo, re: approval of same; E-mail to A. Root, re: motion to continue trial | 0.30 | $97.50 |
| 11/09/2016 | JES | Receipt & review of order continuing trial; E-mail to C. Acevedo, re: same; E-mail to A. Root, re: continuation of deposition; Telephone call from C. Acevedo, re: witness testimony re: US bank account for payment of commissions | 0.20 | $65.00 |
| 11/14/2016 | IPM | Preparation of Certificate of Service re Order Granting Motion to Continue Trial | 0.20 | $25.00 |
| 11/15/2016 | JES | Receipt & review of documents from Weiss Law Group; E-mail to C. Acevedo, re: same with comments | 0.40 | $130.00 |
| 11/15/2016 | JES | Telephone call from C. Acevedo, re: Weiss production; E-mail to J. Weiss, re: redacted documents | 0.10 | $32.50 |
| 11/16/2016 | JES | Telephone call from J. Weiss, re: redacted documents; E-mail from and reply to J. Weiss, re: additional documents, comments thereto | 0.20 | $65.00 |
| 11/17/2016 | JES | Receipt & review of revised redacted documents; E-mail to C. Acevedo, re: same; E-mail to A. Root, re: discovery issues | 0.20 | $65.00 |
| 11/18/2016 | JES | Telephone call from C. Acevedo, re: review of Weiss production, terms of Client's counteroffer; Telephone call with C. Acevedo and A. Root, re: same | 0.30 | $97.50 |
| 11/29/2016 | IPM | Preparation of Notice of Continued Deposition of Debtor | 0.10 | $12.50 |
| 11/29/2016 | JES | Various emails with A. Root re: continuation of deposition of Debtor, status of Debtor's response to counteroffer | 0.10 | $32.50 |
| 12/16/2016 | JES | E-mail to A. Root, re: status as to Debtor's position on clients' counterproposal | 0.10 | $32.50 |
| 01/09/2017 | JES | E-mail from and reply to A. Root, re: response to settlement demand | 0.10 | $32.50 |
| 01/09/2017 | JES | Additional emails with A. Root; Telephone call from C. Acevedo, re: clarification of terms of settlement; E-mail to A. Root, re: evidence regarding payments and cessation of litigation | 0.20 | $65.00 |
| 01/11/2017 | JES | Telephone call with C. Acevedo, re: Debtor's deposition; E-mail to A. Root, re: same | 0.10 | $32.50 |

# Matter History Report

| | | Report Date: | 12/20/2018 |
| | | Report Time: | 11:51AM |
| | | Page: | 9 of 19 |
| | | Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| Client Number: | 692.000 | Kaika SAS and K&K | | |
|---|---|---|---|---|
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | | |
| Matter Type: | Bankruptcy Adversary | | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/12/2017 | JES | Telephone call with A. Root, re: additional settlement discussions; Deposition on 1/13 | 0.10 | $32.50 |
| 01/13/2017 | JES | Attend settlement conference | 3.00 | $975.00 |
| 01/17/2017 | JES | E-mail to C. Acevedo, re: strategy going forward, deposition of Debtor, amending complaint, continuance of trial | 0.10 | $32.50 |
| 01/18/2017 | JES | E-mail from and reply to A. Root, re: continuation of Debtor's deposition | 0.10 | $32.50 |
| 01/19/2017 | JES | Legal research on punitive damages; Preparation of of third amended complaint and motion for leave to amend | 1.00 | $325.00 |
| 01/20/2017 | JES | Preparation of motion to compel Debtor's attendance at continuation of deposition | 0.40 | $130.00 |
| 01/24/2017 | JES | Various emails with counsel, re: deposition dates; Dictate notice of continuation of Debtor's deposition | 0.10 | $32.50 |
| 01/25/2017 | JES | Telephone call from C. Acevedo, re: witnesses and time of trial | 0.10 | $32.50 |
| 02/01/2017 | JES | Receipt & review Response to Motion for Leave to Amend; and Receipt & review of Motion to Withdraw in adversary; Attend hearing on Motion for Leave to Amend; Preparation of proposed order granting leave to amend; E-mail to C. Acevedo and A. Root, re: proposed order | 3.00 | $975.00 |
| 02/03/2017 | JES | Receipt & review of order approving settlement between Trustee and Camax, et. al | 0.10 | $32.50 |
| 02/06/2017 | JES | Receipt & review of order granting leave to amend | 0.10 | $32.50 |
| 02/09/2017 | IPM | Preparation of Certificate of Service re Order Granting Motion for Leave to Seek Punitive Damages | 0.20 | $25.00 |
| 02/15/2017 | JES | Receipt & review of motion to withdraw in main case; E-mail to C. Acevedo, re: same, request for instructions on action to take in light of Debtor's non-appearance at continued deposition | 0.10 | $32.50 |
| 02/21/2017 | JES | Preparation of motion to compel attendance at deposition | 0.50 | $162.50 |
| 02/22/2017 | JES | Preparation of motion for default judgment and E-mail to C. Acevedo for review; Telephone call with C. Acevedo, re: same | 0.50 | $162.50 |
| 02/24/2017 | JES | E-mail from Debtor, re: motion for protective order; E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 02/24/2017 | JES | Receipt & review of notice of hearing on motion to compel and motion for default judgment; E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 02/27/2017 | JES | Various emails with C. Acevedo, re: Debtor's purported motion for protective orders, status of Debtor's position on entry of consent judgment | 0.10 | $32.50 |

# Matter History Report

| | |
|---|---|
| Report Date: | 12/20/2018 |
| Report Time: | 11:51AM |
| Page: | 10 of 19 |
| Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| | | | |
|---|---|---|---|
| Client Number: | 692.000 | Kaika SAS and K&K | |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/2017 | JES | Receipt & review of motion for protective order and motion for extension of time to respond to 3d amended complaint; E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 03/08/2017 | JES | E-mail from and reply to C. Acevedo, re: comments with respect to Debtor's motions for protective order and to extend time | 0.10 | $32.50 |
| 03/14/2017 | JES | Telephone call with C. Acevedo, re: his recent discussions with Debtor, motion for protective order, motion for default, and motion to compel | 0.20 | $65.00 |
| 03/17/2017 | JES | Receipt & review filed motion for extension of time and motion for protective order | 0.10 | $32.50 |
| 03/20/2017 | JES | Receipt & review of notice of hearing on Debtor's motions for protective order and extension to respond to third amended complaint | 0.10 | $32.50 |
| 03/22/2017 | JES | Receipt & review of notice of hearing on Debtor's motion for protective order; E-mail to C. Acevedo, re: same; Telephone call from C. Acevedo, re: review of exhibits to motion, upcoming hearings on all matters | 0.20 | $65.00 |
| 03/28/2017 | JES | Review motions set for hearing on 3/29 | 0.30 | $97.50 |
| 03/29/2017 | JES | Attend hearing on motions for default final judgment, to compel discovery, and Debtor's motions for protective order and for extension of time to respond to third amended complaint; Telephone call with C. Acevedo, re: results of same | 2.50 | $812.50 |
| 04/04/2017 | JES | E-mail from Debtor, re: response to settlement offer, order continuing various hearings | 0.10 | $32.50 |
| 04/05/2017 | JES | E-mail from and reply to C. Acevedo, re: status of communications with Debtor, settlement, etc. | 0.10 | $32.50 |
| 04/11/2017 | IPM | Preparation of Certificate of Service re Order Continuing Hearings | 0.20 | $25.00 |
| 04/24/2017 | JES | Telephone call with C. Acevedo, re: status of negotiations, Receipt & review of emails between Debtor and C. Acevedo | 0.30 | $97.50 |
| 04/25/2017 | JES | E-mail from and reply to Debtor, re: rejection of most recent offer, purported suggestion for the Court | 0.10 | $32.50 |
| 04/26/2017 | JES | Attend hearing on motion for default final judgment, motion to compel discovery and Debtor's motions for protective order and extension of time | 3.00 | $975.00 |
| 04/27/2017 | JES | Dictate notice of compliance re: providing copy of third amended complaint to Debtor | 0.10 | $32.50 |

# Matter History Report

## Slatkin & Reynolds, P.A.

| | |
|---|---|
| Client Number: | 692.000 |
| Matter Number: | 692.001 |
| Matter Type: | Bankruptcy Adversary |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 |

Kaika SAS and K&K
Kaika SAS & K&K v. Pereira
Billing Mode: Hourly

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/28/2017 | JES | E-mail from and reply to C. Acevedo, re: changes to order granting motion for extension of time; Preparation of same and E-mail to Debtor, re: all proposed orders and deadline for comments | 0.10 | $32.50 |
| 05/02/2017 | JES | Receipt & review of orders from hearings on 4/26 | 0.10 | $32.50 |
| 05/03/2017 | JES | Revise notice of compliance of providing copy of 3d amended complaint to Debtor | 0.10 | $32.50 |
| 05/16/2017 | JES | Preparation of Notice of Compliance - Written Questions | 0.20 | $65.00 |
| 05/16/2017 | JES | Finalize and file notice of compliance; finalize questions; E-mail to Debtor, re: same | 0.20 | $65.00 |
| 05/24/2017 | JES | Preparation of motion to take judicial notice | 1.00 | $325.00 |
| 05/30/2017 | JES | Receipt & review of Debtor's answers to written questions; E-mail to C. Acevedo, re: same with comments | 0.30 | $97.50 |
| 06/01/2017 | JES | Telephone call with C. Acevedo, re: strategy with respect to written questions and motion to take judicial notice | 0.10 | $32.50 |
| 06/06/2017 | JES | Review and revise follow up written questions; Various emails with C. Acevedo, re: same, verification of initial answers; Finalize and service additional written questions | 1.00 | $325.00 |
| 06/08/2017 | JES | E-mail to Debtor, re: request for confirmation of receipt of additional written questions | 0.10 | $32.50 |
| 06/20/2017 | JES | E-mail from and reply to Debtor, re: confirm receipt of additional written questions | 0.10 | $32.50 |
| 07/10/2017 | JES | Receipt & review of Debtor's answers to additional written questions | 0.30 | $97.50 |
| 08/03/2017 | JES | Telephone call from C. Acevedo, re: additional written responses received from Debtor; setting matter for trial; Preparation of draft motion to set status conference to set trial and e-mail to C. Acevedo for review | 0.70 | $227.50 |
| 08/07/2017 | JES | E-mail from and reply to Debtor, re: motion to set trial | 0.10 | $32.50 |
| 08/08/2017 | JES | Receipt & review notice of hearing re: motion to set status conference and trial | 0.10 | $32.50 |
| 08/09/2017 | IPM | Preparation of Certificate of Service re Notice of Hearing re Motion to Set Trial | 0.20 | $25.00 |
| 08/22/2017 | JES | E-mail from and reply to Debtor, re: reference to amended complaint, prior service of same | 0.10 | $32.50 |
| 08/29/2017 | JES | Attend hearing motion to set status conference and trial; Dictate order granting motion | 2.50 | $812.50 |
| 08/30/2017 | JES | Revise proposed order granting motion to set status conference; E-mail to C. Acevedo for review | 0.10 | $32.50 |

# *Matter History Report*

| | | Report Date: | 12/20/2018 |
|---|---|---|---|
| | | Report Time: | 11:51AM |
| | | Page: | 12 of 19 |
| | | Requested By: | System Administrator |

## **Slatkin & Reynolds, P.A.**

| Client Number: | 692.000 | Kaika SAS and K&K | | |
|---|---|---|---|---|
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly | |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/31/2017 | JES | E-mail from and reply to C. Acevedo, re: changes to order; Preparation of same and E-mail to Debtor for review | 0.10 | $32.50 |
| 09/05/2017 | JES | Receipt & review of order setting 11/1/17 status conference; E-mail to all, re: same | 0.10 | $32.50 |
| 09/06/2017 | IPM | Preparation of Certificate of Service re Order Granting Motion to Set Trial | 0.20 | $25.00 |
| 09/21/2017 | JES | Receipt & review of Renotice of hearing, re: status conference; E-mail to Debtor, re: same | 0.10 | $32.50 |
| 09/21/2017 | IPM | Preparation of Certificate of Service of Renotice of Hearing | 0.20 | $25.00 |
| 09/25/2017 | JES | E-mail from and reply to Debtor, re: questions regarding renotice of hearing, re: status conference | 0.10 | $32.50 |
| 10/26/2017 | JES | E-mail from and reply to Debtor, re: interrogatories served on him to which he mistakenly is asking for answers | 0.10 | $32.50 |
| 10/31/2017 | JES | E-mail from and reply to Debtor, re: request for production of documents | 0.10 | $32.50 |
| 11/01/2017 | JES | Attend status conference | 2.50 | $812.50 |
| 11/07/2017 | JES | E-mail to Debtor, re: proposed order setting trial | 0.10 | $32.50 |
| 11/07/2017 | JES | Various emails from and to Debtor, re: changes to order setting trial; Telephone call with C. Acevedo, re: same; E-mail to Court, re: proposed order and Debtor's comments | 0.20 | $65.00 |
| 11/09/2017 | JES | Receipt & review of order setting trial | 0.10 | $32.50 |
| 11/14/2017 | IPM | Preparation of Certificate of Service re Order Setting Trial | 0.20 | $25.00 |
| 11/27/2017 | JES | Receipt & review draft response to request for production; Telephone call with C. Acevedo, re: review of same, changes to be made; Preparation of redline of responses to requests for production and E-mail to C. Acevedo for review | 1.20 | $390.00 |
| 12/12/2017 | JES | Receipt & review of Trustee's report of sale; E-mail to C. Acevedo, re: same with comments | 0.10 | $32.50 |
| 12/21/2017 | JES | Preparation of draft request for production of documents; E-mail to C. Acevedo for review | 1.00 | $325.00 |
| 01/18/2018 | JES | Telephone call with C. Acevedo, re: discuss trial issues, logistics, default for discovery failures | 0.20 | $65.00 |
| 01/23/2018 | JES | E-mail to Debtor, re: failure to respond to discovery | 0.10 | $32.50 |
| 01/26/2018 | JES | Preparation of motion to compel production | 0.50 | $162.50 |
| 01/29/2018 | JES | Various emails with C. Acevedo and Telephone call with C. Acevedo, re: motion to compel and motion to continue trial: Preparation of motion to continue trial | 0.40 | $130.00 |

# Matter History Report

| | | Report Date: | 12/20/2018 |
| --- | --- | --- | --- |
| | | Report Time: | 11:51AM |
| | | Page: | 13 of 19 |
| | | Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| | | | | |
| --- | --- | --- | --- | --- |
| Client Number: | 692.000 | Kaika SAS and K&K | | |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly | |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | | |

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 01/31/2018 | JES | Receipt & review of notices of hearing, re: motion to compel and motion to continue trial; E-mail to C. Acevedo, re: same | 0.10 | $32.50 |
| 02/02/2018 | IPM | Preparation of Certificate of Service re Notice of Hearing re Motion to Continue Trial | 0.20 | $25.00 |
| 02/02/2018 | IPM | Preparation of Certificate of Service re Notice of Hearing re Motion to Compel Production of Documents | 0.20 | $25.00 |
| 02/06/2018 | JES | E-mail from and reply to Debtor, re: addresses for subpoenas or agreement to accept service | 0.10 | $32.50 |
| 02/07/2018 | JES | E-mail to Debtor, re: response to request to accept service or for addresses of certain individual non-parties | 0.10 | $32.50 |
| 02/07/2018 | JES | Various emails with Debtor, re: depositions of non-party witnesses | 0.20 | $65.00 |
| 02/08/2018 | JES | E-mail from and reply to Debtor, re: dropbox link for documents, initial review of same and E-mail to C. Acevedo, re: dropbox link and documents contained therein | 0.20 | $65.00 |
| 02/15/2018 | JES | Attend hearing on motions to compel and continue trial; Receipt & review of Debtor's objections and responses to request for production, interrogatories; Various emails with C. Acevedo, re: same | 2.50 | $812.50 |
| 02/15/2018 | JES | Preparation of proposed orders granting motions to compel and continue trial | 0.50 | $162.50 |
| 02/16/2018 | JES | E-mail to Debtor, re: proposed orders | 0.10 | $32.50 |
| 02/23/2018 | JES | Receipt & review of order granting motion to compel discovery and order granting motion to continue trial | 0.10 | $32.50 |
| 02/26/2018 | IPM | Preparation of Certificate of Service re Order Continuing Trial | 0.20 | $25.00 |
| 02/26/2018 | IPM | Preparation of Certificate of Service re Order re Motion to Compel Discovery | 0.20 | $25.00 |
| 03/20/2018 | JES | Telephone call with Carlos Acevedo, re: lack of amended responses received from debtor, E-mail to Debtor, re: same | 0.10 | $32.50 |
| 03/26/2018 | JES | Receipt & review of Debtor's amended responses to request for production and link to documents; Review documents and E-mail to C. Acevedo, re: same | 0.40 | $130.00 |
| 05/01/2018 | JES | E-mail to and Telephone call with C. Acevedo, re: upcoming status conference, potential trial date in August | 0.10 | $32.50 |
| 05/04/2018 | JES | Telephone call from C. Acevedo, re: litigation strategy-further discovery, motion for summary judgment, trial | 0.20 | $65.00 |
| 05/22/2018 | JES | Various emails with C. Acevedo, re: JES unavailability to attend status conference | 0.20 | No Charge |

# Matter History Report

| | | Report Date: | 12/20/2018 |
| | | Report Time: | 11:51AM |
| | | Page: | 14 of 19 |
| | | Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

Client Number: 692.000    Kaika SAS and K&K
Matter Number: 692.001    Kaika SAS & K&K v. Pereira
Matter Type: Bankruptcy Adversary    Billing Mode: Hourly
Dates Included on Report: 01-01-1900 Thru 12-20-2018

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/30/2018 | RFR | Prep for and cover status conference re resetting matter for trial | 0.50 | $162.50 |
| 05/30/2018 | JES | Review order setting trial; Dictate changes to same | 0.10 | $32.50 |
| 06/01/2018 | JES | E-mail to A. Root, re: draft order setting trial | 0.10 | $32.50 |
| 06/14/2018 | IPM | Preparation of Certificate of Service re Order Setting Trial | 0.20 | $25.00 |
| 07/12/2018 | JES | Telephone call from A. Root, re: interrogatories served by Debtor after the discovery cutoff deadline, items in storage; E-mail to Carlos, re: same | 0.20 | $65.00 |
| 07/20/2018 | JES | E-mail from and reply to C. Acevedo, re: Debtor's request for answers to interrogs and issues regarding Debtor's retrieval of items in storage | 0.10 | $32.50 |
| 07/27/2018 | JES | E-mail from and reply to A. Root, re: follow up on items in storage | 0.10 | $32.50 |
| 07/30/2018 | JES | Telephone call with C. Acevedo, re: Debtor's recent emails re: answers to interrogatories, items in storage, trial preparation | 0.10 | $32.50 |
| 08/03/2018 | JES | Various emails with A. Root, re: objections to Defendant's request for production and request to continue trial - denied; review requests for production and prior objections | 0.20 | $65.00 |
| 08/06/2018 | JES | Conference with C. Acevedo, re: trial preparation, review discovery requests and objections; E-mail to A. Root, re: initial comments to discovery disputes and continuance of trial | 2.20 | $715.00 |
| 08/06/2018 | JES | Preparation of draft responses to A. Root's email re: requests for production and objections; E-mail to C. Acevedo for review | 0.60 | $195.00 |
| 08/21/2018 | JES | Receipt & review of additional documents from clients, E-mail to A. Root, re: same | 0.30 | $97.50 |
| 08/23/2018 | JES | E-mail to C. Acevedo, re: Exhibit binder for trial | 0.10 | $32.50 |
| 09/04/2018 | JES | Telephone call with C. Acevedo, re: trial preparation, discuss exhibits and impeachment witnesses | 0.70 | $227.50 |
| 09/05/2018 | JES | Preparation of draft exhibit register | 0.40 | $130.00 |
| 09/05/2018 | JES | Telephone call with C.Acevedo re: additional trial preparation | 0.30 | $97.50 |
| 09/05/2018 | JES | Receipt & review of motions to continue trial and motion to compel discovery, notice of filing of answer to amended complaint; Telephone call with C. Acevedo re: same; Preparation of response to motion to continue trial | 1.40 | $455.00 |
| 09/06/2018 | JES | Preparation of response to motion to compel | 0.80 | $260.00 |

*Matter History Report*

| | | Report Date: | 12/20/2018 |
| | | Report Time: | 11:51AM |
| | | Page: | 15 of 19 |
| | | Requested By: | System Administrator |

## Slatkin & Reynolds, P.A.

| Client Number: | 692.000 | Kaika SAS and K&K | |
| Matter Number: | 692.001 | Kaika SAS & K&K v. Pereira | |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/2018 | JES | Various emails with C. Acevedo, re: changes to responses to motions and changes to exhibit register | 0.20 | $65.00 |
| 09/06/2018 | JES | Telephone call with C. Acevedo, re: 9/11 travel date for Clients' witnesses; E-mail to A. Root, re: same; Telephone call with and E-mail to Chambers, re: 9/11 hearings; Telephone call with S. Gutierrez, re: renoticing hearings scheduled for 9/11; E-mail to C. Acevedo, re: same; E-mail from and reply to A. Root, re: extension to deliver exhibit register; Receipt & review of renotice of hearings for 9/7 | 0.60 | $195.00 |
| 09/06/2018 | JES | Preparation of draft pretrial order Dictate hearing binder for 9/7 renoticed hearings | 1.20 | $390.00 |
| 09/07/2018 | JES | Finalize pretrial order; Attend hearings on motion to continue and motion to compel; Preparation of proposed orders and E-mail to A. Root for review | 2.50 | $812.50 |
| 09/08/2018 | JES | Legal research on case law on Section 523(a)(4) claims, hearsay issues, Telephone call with Acevedo,re: further trial preparation | 1.00 | $325.00 |
| 09/10/2018 | JES | Conference with C. Acevedo, re: additional preparation for trial, Receipt & review of Debtor's exhibit register | 3.00 | $975.00 |
| 09/11/2018 | JES | Conference with C. Acevedo and Clients, re: review pretrial order with A. Root, Preparation of further revisions to same and E-mail to C. Acevedo and A. Root for review | 2.50 | $812.50 |
| 09/12/2018 | IPM | Preparation of Objection to Trial Exhibits | 0.30 | $37.50 |
| 09/12/2018 | JES | Receipt & review of revised pretrial order, Telephone call with C. Acevedo, re: same; E-mail to A. Root, re: objection to use of deposition transcript by Debtor; E-mail from A. Root, re: same | 0.30 | $97.50 |
| 09/12/2018 | JES | Conference with C. Acevedo and Clients, re: trial preparation | 3.00 | $975.00 |
| 09/13/2018 | JES | Attend trial | 8.50 | $2,762.50 |
| 09/14/2018 | IPM | Preparation of Certificate of Service re Order Denying Motion to Compel | 0.20 | $25.00 |
| 09/14/2018 | IPM | Preparation of Certificate of Service re Order Denying Motion to Continue Trial | 0.20 | $25.00 |
| 09/17/2018 | JES | Begin preparation of proposed findings and conclusions | 2.00 | $650.00 |
| 09/17/2018 | JES | Continue preparation of proposed findings and conclusions | 2.00 | $650.00 |
| 09/18/2018 | JES | Receipt & review of order granting defendant's ore tenus motion for extension of time to provide exhibit register | 0.10 | $32.50 |

## Matter History Report

| | |
|---|---|
| Report Date: | 12/20/2018 |
| Report Time: | 11:51AM |
| Page: | 16 of 19 |
| Requested By: | System Administrator |

### Slatkin & Reynolds, P.A.

| | | | |
|---|---|---|---|
| Client Number: | 692.000 | | Kaika SAS and K&K |
| Matter Number: | 692.001 | | Kaika SAS & K&K v. Pereira |
| Matter Type: | Bankruptcy Adversary | Billing Mode: | Hourly |
| Dates Included on Report: | 01-01-1900 Thru 12-20-2018 | | |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 09/20/2018 | JES | Complete draft of proposed findings and conclusions and E-mail to C. Acevedo for review | 1.30 | $422.50 |
| 09/21/2018 | JES | Telephone call with C. Acevedo, re: changes to draft findings and conclusions | 0.10 | $32.50 |
| 09/26/2018 | JES | Receipt & review from C. Acevedo, re: revised draft findings and conclusions; preparation of further revised version | 0.60 | $195.00 |
| 09/26/2018 | JES | Review trial order entered by court; E-mail to C. Acevedo, re: need for amendments to same; Various emails with C. Acevedo, re: rectifying error in order by way of exhibit references in proposed findings | 0.30 | $97.50 |
| 09/26/2018 | JES | Final review of proposed findings and conclusions | 0.20 | $65.00 |
| 09/27/2018 | JES | E-mail to Chambers, re: proposed findings and conclusions and final judgment | 0.10 | $32.50 |
| 09/27/2018 | JES | Receipt & review of various emails from A. Root and C. Acevedo, re: extension of time for defendant to submit proposed findings and conclusions and issue regarding items in storage | 0.10 | $32.50 |
| 09/27/2018 | JES | Receipt & review of motion of extension of time for Debtor to submit proposed findings and conclusions | 0.10 | $32.50 |
| 09/29/2018 | JES | Receipt & review of Defendant's proposed submissions; E-mail to A. Root, re: Plaintiffs' submissions | 0.10 | $32.50 |
| 10/01/2018 | JES | Receipt & review order granting motion to extend time for Defendant to provide proposed findings and conclusions | 0.10 | $32.50 |
| 10/17/2018 | JES | Receipt & review of Trustee's final report, E-mail to C. Acevdedo, re: same with comments and analysis | 0.20 | $65.00 |

SUMMARY - By Time Ticket Type

| | | |
|---|---|---|
| Billable: | 140.70 | $44,487.50 |
| Trial: | 0.00 | $0.00 |
| Flat Charge: | 0.00 | $0.00 |
| Non-Billable: | 0.00 | $0.00 |
| No Charge: | 0.20 | $0.00 |
| Misc No Charge: | 0.00 | $0.00 |

# Matter History Report

Report Date: 12/20/2018
Report Time: 11:51AM
Page: 17 of 19
Requested By: System Administrator

## Slatkin & Reynolds, P.A.

Client Number: 692.000  Kaika SAS and K&K
Matter Number: 692.001  Kaika SAS & K&K v. Pereira
Matter Type: Bankruptcy Adversary   Billing Mode: Hourly
Dates Included on Report: 01-01-1900 Thru 12-20-2018

|  |  |  |  |
|---|---|---:|---:|
|  | Total: | 140.90 | $44,487.50 |

### SUMMARY - By Timekeeper

| | | | | |
|---|---|---|---:|---:|
| JES | Billable Timekeeper Hours & Fees. . | | 134.00 | $43,550.00 |
| IPM | Billable Timekeeper Hours & Fees. . | | 6.20 | $775.00 |
| RFR | Billable Timekeeper Hours & Fees. . | | 0.50 | $162.50 |
| JES | No Charge Hours . . . . . . . . . . | | 0.20 | $0.00 |
|  | Misc. Fee Debits & Credits. . . . . | | - | $0.00 |
|  |  | Total: | 140.90 | $44,487.50 |

_____ _____ _____ _____ _____ _____ _____

### HARD COSTS

| Date | Description | Amount |
|---|---|---:|
| 02/25/2016 | Adversary filing fee | $350.00 |
| 03/08/2016 | Parking and tolls | $7.50 |
| 09/09/2016 | Service on Weiss Law Group | $45.00 |
| 09/09/2016 | Service on R. Del Medico | $45.00 |
| 09/26/2016 | Pro hac vice fee | $75.00 |
| 02/10/2017 | Attendance fee 2/10/17 | $95.00 |
| 02/13/2017 | Attendance at deposition - CNA | $95.00 |
| 02/13/2017 | Attendance at exam - CNA | $95.00 |
| 03/03/2017 | Adjustment for Voided Check #: 1854 | ($95.00) |
| 03/03/2017 | Adjustment for Voided Check #: 1854 | ($95.00) |
| 03/29/2017 | Parking and tolls | $15.00 |

# Matter History Report

Report Date:  12/20/2018
Report Time:  11:51AM
Page:  18 of 19
Requested By: System Administrator

## Slatkin & Reynolds, P.A.

Client Number:  692.000  Kaika SAS and K&K
Matter Number:  692.001  Kaika SAS & K&K v. Pereira
Matter Type:  Bankruptcy Adversary  Billing Mode:  Hourly
Dates Included on Report:  01-01-1900 Thru 12-20-2018

| Date | Description | Amount |
|---|---|---|
| 04/26/2017 | Parking and tolls | $11.25 |
| 09/12/2018 | Parking and tolls | $26.00 |
| 09/13/2018 | Parking and tolls | $28.00 |
|  | Hard Costs SubTotal: | $697.75 |

### SOFT COSTS

| Date | Description | Amount |
|---|---|---|
| 02/18/2016 | Postage | $15.40 |
| 02/18/2016 | Photocopies | $7.95 |
| 02/29/2016 | Photocopies | $0.30 |
| 02/29/2016 | Postage | $0.98 |
| 05/03/2016 | PACER Charges | $9.80 |
| 05/24/2016 | Photocopies | $5.55 |
| 07/22/2016 | PACER Charges | $3.50 |
| 08/18/2016 | Photocopies | $2.25 |
| 08/29/2016 | Photocopies | $4.80 |
| 11/03/2016 | PACER Charges | $3.40 |
| 01/30/2017 | PACER Charges | $1.30 |
| 02/21/2017 | Postage | $0.65 |
| 02/21/2017 | Photocopies | $0.75 |
| 03/28/2017 | Photocopies | $12.90 |
| 04/25/2017 | PACER Charges | $0.90 |
| 08/09/2017 | Postage | $0.46 |
| 08/09/2017 | Photocopies | $0.15 |
| 08/29/2017 | Photocopies | $2.25 |
| 02/14/2018 | Photocopies | $10.35 |
| 05/30/2018 | Long Distance Telephone - Court Call | $35.00 |

*Matter History Report*

Report Date: 12/20/2018
Report Time: 11:51AM
Page: 19 of 19
Requested By: System Administrator

## Slatkin & Reynolds, P.A.

Client Number: 692.000  Kaika SAS and K&K
Matter Number: 692.001  Kaika SAS & K&K v. Pereira
Matter Type: Bankruptcy Adversary   Billing Mode: Hourly
Dates Included on Report: 01-01-1900 Thru 12-20-2018

| Date | Description | Amount |
|---|---|---|
| 06/04/2018 | PACER Charges | $1.20 |
| 09/07/2018 | Photocopies | $7.80 |
| 10/19/2018 | PACER Charges | $0.90 |

Soft Costs SubTotal: $128.54

Total Costs: $826.29

|  | Billed Amount | Payment Amount | Amount Due |
|---|---|---|---|
| FEES: | $44,487.50 | ($44,487.50) | $0.00 |
| HARD COSTS: | $697.75 | ($697.75) | $0.00 |
| SOFT COSTS: | $128.54 | ($128.54) | $0.00 |
| TAXES: | $0.00 | $0.00 | $0.00 |
| LATE CHARGES: | $0.00 | $0.00 | $0.00 |
| TOTALS: | $45,313.79 | ($45,313.79) | $0.00 |

Date of Last Payment: 12/18/2018

Date of Last Bill: 12/06/2018